JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLARI CHAVARRA, an individual; Et Al,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BENIHANA NATIONAL CORP., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | **CASE NO.: 2:13-cv-09326 GAF (PLAx)**<br><br>**JUDGMENT** |

The Court has before it plaintiffs CELIANY ESCOBAR, SANDY SETSUKO FUJIMOTO, HATSUMI FUKUOKA, JULIE VANESSA MARQUEZ, ASHLEY MILTON, CHANEL MIDORI OTA, TERESA PHAM, JESSICA QUIAMBAO, APRIL LYN SHIROMA, PRINCESS AILEEN BERNARDINO, PIA CHEN, JULIE CHOE, ANABELLE ESQUERRA, IPPEI HAGA, YUMIKO HAGINO-HETHERINGTON, TIMOTHY HANAOKA, NOELL HERNANDEZ, PRAPASRI KHAMCHAROEN, ANETA MAKSUDI, JULI OKADA-TALBERT, JULLIA ONOUYE, EUGENE CONTRERAS

RECTO, and JULIA KONOMI TAKADA's acceptance of Rule 68 Offer and Request for Entry of Judgment, and the attached Rule 68 Offers.

In accordance therewith, the court enters judgment against BENIHANA NATIONAL CORP., and in favor of plaintiffs CELIANY ESCOBAR, SANDY SETSUKO FUJIMOTO, HATSUMI FUKUOKA, JULIE VANESSA MARQUEZ, ASHLEY MILTON, CHANEL MIDORI OTA, TERESA PHAM, JESSICA QUIAMBAO, APRIL LYN SHIROMA, PRINCESS AILEEN BERNARDINO, PIA CHEN, JULIE CHOE, ANABELLE ESQUERRA, IPPEI HAGA, YUMIKO HAGINO-HETHERINGTON, TIMOTHY HANAOKA, NOELL HERNANDEZ, PRAPASRI KHAMCHAROEN, ANETA MAKSUDI, JULI OKADA-TALBERT, JULLIA ONOUYE, EUGENE CONTRERAS RECTO, and JULIA KONOMI TAKADA in the following amounts:

  Plaintiff CELIANY ESCOBAR  $3,700.00 plus attorneys' fees and costs;

  Plaintiff SANDY SETSUKO FUJIMOTO  $6,900.00 plus attorneys' fees and costs;

  Plaintiff HATSUMI FUKUOKA  $7,000.00 plus attorneys' fees and costs;

  Plaintiff JULIE VANESSA MARQUEZ  $6,900.00 plus attorneys' fees and costs;

  Plaintiff ASHLEY MILTON  $1,000.00 plus attorneys' fees and costs;

  Plaintiff CHANEL MIDORI OTA  $1,300.00 plus attorneys' fees and costs;

  Plaintiff TERESA PHAM  $1,700.00 plus attorneys' fees and costs;

| | | |
|---|---|---|
| 1 | Plaintiff JESSICA QUIAMBAO | $6,600.00 plus |
| 2 | attorneys' fees and costs; | |
| 3 | Plaintiff APRIL LYN SHIROMA | $3,700.00 plus |
| 4 | attorneys' fees and costs; | |
| 5 | Plaintiff PRINCESS AILEEN BERNARDINO | $1,900.00 plus |
| 6 | attorneys' fees and costs; | |
| 7 | Plaintiff PIA CHEN | $2,800.00 plus |
| 8 | attorneys' fees and costs; | |
| 9 | Plaintiff JULIE CHOE | $1,500.00 plus |
| 10 | attorneys' fees and costs; | |
| 11 | Plaintiff ANABELLE ESQUERRA | $4,600.00 plus |
| 12 | attorneys' fees and costs; | |
| 13 | Plaintiff IPPEI HAGA | $4,400.00 plus |
| 14 | attorneys' fees and costs; | |
| 15 | Plaintiff YUMIKO HAGINO-HETHERINGTON | $5,500.00 plus |
| 16 | attorneys' fees and costs; | |
| 17 | Plaintiff TIMOTHY HANAOKA | $5,200.00 plus |
| 18 | attorneys' fees and costs; | |
| 19 | Plaintiff NOELL HERNANDEZ | $1,900.00 plus |
| 20 | attorneys' fees and costs; | |
| 21 | Plaintiff PRAPASRI KHAMCHAROEN | $4,100.00 plus |
| 22 | attorneys' fees and costs; | |
| 23 | Plaintiff ANETA MAKSUDI | $2,200.00 plus |
| 24 | attorneys' fees and costs; | |
| 25 | Plaintiff JULI OKADA-TALBERT | $6,800.00 plus |
| 26 | attorneys' fees and costs; | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Plaintiff JULLIA ONOUYE | | $1,200.00 plus |

attorneys' fees and costs;

      Plaintiff EUGENE CONTRERAS RECTO      $2,300.00 plus

attorneys' fees and costs;

      Plaintiff JULIA KONOMI TAKADA      $1,400.00 plus

attorneys' fees and costs.

      The Court will determine the amounts of Plaintiffs' costs and attorneys' fees pursuant to the terms of the Offers of Judgment, which specifically provide for payment of the above amounts plus all reasonable attorneys' fees and costs associated with Plaintiffs' individual claims as determined by this Court.

      All other existing dates and deadlines in this matter are hereby vacated.

      SO ORDERED.

Date: October 14, 2014                       _____

                                              Hon, Gary A. Feess

**JS-6**                                  United States District Judge